## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: The United States of America v. State of New York   Docket No.: 26-387

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: J. Kain Day

Firm: U.S. Department of Justice, Civil Division, Appellate Staff

Address: 950 Pennsylvania Ave NW, Washington, DC 20530

Telephone: 202-514-4214   Fax:

E-mail: j.kain.day@usdoj.gov

Appearance for: United States of America, Plaintiff-Appellant
(party/designation)

**Select One:**

[✓] Substitute counsel (replacing lead counsel: Rajit Singh Dosanjh )
(name/firm)

[ ] Substitute counsel (replacing other counsel: )
(name/firm)

[ ] Additional counsel (co-counsel with: )
(name/firm)

[ ] Amicus (in support of: )
(party/designation)

## CERTIFICATION

I certify that:

[✓] I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on _____ OR

[ ] I applied for admission on _____.

Signature of Counsel: /s/ J. Kain Day

Type or Print Name: J. Kain Day