## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

**Short Title:** The United States of America v. State of New York  **Docket No.:** 26-387

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Daniel Bentele Hahs Tenny

Firm: U.S. Department of Justice, Civil Division, Appellate Staff

Address: 950 Pennsylvania Ave NW, Washington, DC 20530

Telephone: 202-514-1838     Fax:

E-mail: daniel.tenny@usdoj.gov

Appearance for: United States of America, Plaintiff-Appellant
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____)
(name/firm)

☐ Substitute counsel (replacing other counsel: _____)
(name/firm)

☑ Additional counsel (co-counsel with: J. Kain Day )
(name/firm)

☐ Amicus (in support of: _____)
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on 2025-05-05     OR

☐ I applied for admission on _____.

Signature of Counsel: /s/ Daniel Tenny

Type or Print Name: Daniel Tenny