NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: United States v. State of New York    Docket No.: 26-387

Substitute, Additional, or Amicus Counsel's Contact Information is as follows:

Name: Philip J. Levitz

Firm: Office of the New York State Attorney General

Address: 28 Liberty St., New York, NY 10005

Telephone: 212-416-6325    Fax:

E-mail: philip.levitz@ag.ny.gov

Appearance for: Appellees (State of New York, Gov. Hochul, AG James, Commissioner Schroeder)
(party/designation)

Select One:

[✓] Substitute counsel (replacing lead counsel: Barbara D. Underwood )
(name/firm)

[ ] Substitute counsel (replacing other counsel: )
(name/firm)

[ ] Additional counsel (co-counsel with: )
(name/firm)

[ ] Amicus (in support of: )
(party/designation)

**CERTIFICATION**

I certify that:

[✓] I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on 6/12/24    OR

[ ] I applied for admission on ____.

Signature of Counsel: /s/ Philip J. Levitz

Type or Print Name: Philip J. Levitz