## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: United States of America v. New York _____ Docket No.: 26-387 _____

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Mark Reiling Freeman

Firm: U.S. Department of Justice, Civil Division, Appellate Staff

Address: 950 Pennsylvania Ave NW, Washington, DC 20530

Telephone: 202-514-5714 _____ Fax: _____

E-mail: mark.freeman2@usdoj.gov

**Appearance for:** _____
                              (party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
                                    (name/firm)

☐ Substitute counsel (replacing other counsel: _____ _____ )
                                    (name/firm)

☑ Additional counsel (co-counsel with: J. Kain Day, Daniel Tenny _____ )
                                    (name/firm)

☐ Amicus (in support of: _____ )
                              (party/designation)

---

### CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed

my admission on September 2, 2025 _____ OR

☐ I applied for admission on _____ .

Signature of Counsel: s/ Mark R. Freeman

Type or Print Name: Mark R. Freeman