### NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: **United States v. New York**       Docket No.: **26-387**

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: **David Zimmer**

Firm: **Zimmer, Citron & Clarke LLP**

Address: **711 Atlantic Ave., 6th Floor**

Telephone: **617.676.9421**       Fax:

E-mail: **dzimmer@zimmercitronclarke.com**

Appearance for: **Federalism Professors / Amici Curiae**
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: )
(name/firm)

☐ Substitute counsel (replacing other counsel: )
(name/firm)

☐ Additional counsel (co-counsel with: )
(name/firm)

☑ Amicus (in support of: **Defendants Appellees** )
(party/designation)

### CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed

my admission on **July 21, 2025**       OR

☐ I applied for admission on .

Signature of Counsel: **/s/ David Zimmer**

Type or Print Name: **David Zimmer**